# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

SEALED

| United States of America | CRIMINAL COMPLAINT |
|---|---|
| v. | |
| Alaa Robert Bartley | CASE NUMBER:   24-6161MJ |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the dates described in Attachment A in the County of Maricopa in the District of Arizona, the defendant violated Title 18 U.S.C. § 2252(a)(2) and Title 18 U.S.C. § 2252(a)(4)(B) offenses described as follows:

**See Attachment A – Description of Counts**

I further state that I am a Special Agent from the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See Attachment B – Statement of Probable Cause Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

AUTHORIZED BY: Gayle L. Helart, AUSA

*Digitally signed by GAYLE HELART Date: 2024.04.05 17:30:40 -07'00'*

SA Jonathan Williams, FBI
Name of Complainant

Signature of Complainant

Subscribed and sworn electronically

April 5, 2024 @5:51pm
Date

at    Phoenix, Arizona
City and State

HONORABLE ALISON S. BACHUS
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

**ATTACHMENT A**

**DESCRIPTION OF COUNTS**

**COUNT 1**

On or between approximately December 19, 2020 through January 6, 2021, in the District of Arizona and elsewhere, the defendant, ALAA ROBERT BARTLEY, did knowingly receive any visual depiction that involved the use of a minor engaging in sexually explicit conduct and where such visual depictions were of such conduct; and where the visual depiction was mailed, shipped and transported using any means or facility of interstate or foreign commerce and in and affecting interstate and foreign commerce, and had been produced using materials which had been mailed, shipped, and transported by any means, including by computer, to wit, VID-20201219-WA0008.mp4, VID-20201219-WA0008(2).mp4, and VID-20201219-WA0008(3).mp4.

All in violation of Title 18, United States Code, Section 2252(a)(2).

[This violation is punishable by a term of imprisonment of 5 years – 20 years, $250,000, and a term of supervised release of between 5-life.]

**COUNT 2**

On or about April 4, 2024, in the District of Arizona and elsewhere, the defendant, ALAA ROBERT BARTLEY, did knowingly possess and access with intent to view one or more matters which contains a visual depiction that has mailed or shipped or transported using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported by any means, including by computer, if the producing of the visual depiction involved the use of a minor engaged in sexually explicit conduct and such visual depiction is of such conduct (child pornography).  Some of the files possessed and knowingly accessed with intent to view include:

tara_8yr_518.jpg;

tara_8yr_511.jpg;

free_CP_ilovecpwhugfrii2x73xcp2r4q5nxbi4xmv2uv75zljdgzj7jhidrzqd.onion_0700.jpg;

7-yo-anal-closeup.jpg;

a9565862-ee90-488d-9398-330b377a10e9.mp4.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B).

[This violation is punishable by a term of 0-20 years' imprisonment, $250,000, and a term of supervised release of between 5-life.]

**ATTACHMENT B**
**ELECTRONICALLY SUBMITTED**
**STATEMENT OF PROBABLE CAUSE**

I, Jonathan Michael Williams, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation assigned to the Phoenix Division.  I have been so employed for two years and I am specifically assigned to conduct investigations pursuant to the FBI's Innocent Images National Initiative (IINI), which focuses on crimes where computers and the Internet are used in the sexual exploitation of children.  I am responsible for conducting federal and international investigations relating to crimes involving the sexual exploitation of children.  I have received basic and on-the-job training in the investigation of cases involving the sexual exploitation of children.  The statements contained in this Affidavit are based on my experience and background as a Special Agent and on information provided by other law enforcement agents.  One agent from whom I received information about this investigation was Amy Hirina, a Special Agent of the FBI, who has been employed as such since 2005.  She is an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code.  She has participated in investigations involving several areas, including crimes against children, child exploitation, child pornography, and human trafficking.  Agent Hirina is currently assigned to the Oakland County (Michigan) Resident Agency, where she currently investigates matters involving the online exploitation of children.  I have learned that Agent Hirina's investigation in this case largely occurred in Michigan, and developed information relating to BARTLEY, whose Gilbert, Arizona residence, person, personal vehicles, and two places of employment (currently assigned police vehicle and locker), including cellular telephones, computers, and electronic storage devices were the subject of search warrants

1

that were executed on April 4, 2024.  I am aware of forensic analysis done at the scenes of the warrants on April 4, 2024, and further analysis performed on one of the phones located in the residence, and am now seeking an arrest warrant.

2.      As a federal agent, I am authorized to investigate violations of laws of the United States and to execute arrest warrants issued under the authority of the United States.

3.      This affidavit is made in support of an application for a criminal complaint and arrest warrant for ALAA BARTLEY (DOB XX/XX/1982) for violation of 18 U.S.C. § 2252(a)(2), Knowingly Receiving Child Pornography, (Count 1); and 18 U.S.C. § 2252(a)(4)(B), Possession of and/or Access with Intent to View Child Pornography, (Count 2).

## **INTRODUCTION**

4.      The facts of this case, as more fully detailed herein, are that between approximately August 31, 2020, and February 17, 2022, one individual now determined to be a male police officer, communicated via WhatsApp with an adult woman, now determined to be Sarah Elizabeth Chadwick, referred to as SARAH in this Affidavit. Further investigative steps identified the adult male as Alaa Bartley (BARTLEY) (DOB XX/XX/1982), a resident of Gilbert, Arizona.  SARAH was determined to be living in Michigan, with a DOB of XX/XX/1993.  The investigation determined that via the WhatsApp platform, BARTLEY and SARAH engaged in role play to include talking about sexually explicit topics where BARTLEY sometimes played the role of a police officer and SARAH played the role of a minor age girl.  During this approximate 17 months of communications between the two, SARAH transmitted child pornography to BARTLEY on several occasions and BARTLEY acknowledged receiving same.  SARAH was arrested in November 2023 and has been federally charged with distribution and possession of child pornography in Michigan in Case No. 2:23-cr-20653-SJM-DRG.  SARAH's computers and devices have been forensically analyzed.  On April 3, 2024, United States Magistrate Judge Alison S. Bachus issued four search warrants for BARTLEY'S person, residence, personal vehicles, and place of employment.  On April 4, 2024, Federal Bureau of Investigation (FBI) Agents executed the search warrants.  Digital forensic analysis of the

2

devices seized found numerous videos and images depicting child pornography.  I am now seeking to arrest BARTLEY pursuant to a criminal complaint for one (1) count of Receipt of Child Pornography in violation of 18 U.S.C. § 2252(a)(2) and one (1) count of Possession of Child Pornography in violation of 18 U.S.C. § 2252(a)(4)(B).

### DETAILS OF INVESTIGATION

5.     In the following investigative details, all initials, subject references, and redacted DOB's references refer to persons and dates that are known to law enforcement.

6.     On or about February 13, 2024, FBI Phoenix received a lead from FBI Detroit regarding Child Sexual Abuse Material (CSAM), also referred to as child pornography as it is defined by 18 U.S.C. § 2256, shared by a Michigan woman, referred to as SARAH in this Affidavit, to an Arizona resident, identified as Alaa Robert Bartley, referred to as BARTLEY in this Affidavit.  The lead referenced that over the course of approximately 17 months, BARTLEY and SARAH exchanged messages, images, videos, calls, and internet links over the messaging platform WhatsApp.  The lead also provided an image of a Phoenix Police Department badge, assigned to BARTLEY's partner according to BARTLEY, pictures of BARTLEY, and WhatsApp chat logs.  Based on database checks, BARTLEY is currently employed with the Phoenix Police Department and has been since at least 2020.

7.     I am familiar that WhatsApp is a free Instant Messaging (IM) system available for desktop and mobile devices that allows its users to send text, voice messages and video messages, make voice and video calls, share images, documents, user location, and other content.  Meta Platforms, Inc., the owner of other platforms like Facebook and Instagram, also owns WhatsApp.

8.     The Michigan investigation included that on or about November 8, 2023, FBI Agents in Michigan executed a search warrant at SARAH's residence.  FBI Agents interviewed SARAH, seized her phone, and arrested her pursuant to a Criminal Complaint issued by a United States Magistrate Judge for violations of 18 U.S.C. § 2252A(a)(2) (receipt and distribution of child pornography) and 18 U.S.C. § 2252A(a)(5)(B)

(possession of and/or access with intent to view child pornography, or attempt to possess or access with intent to view child pornography) in Case No. 2:23-mj-30450.

9.      FBI Agents in Michigan conducted a review of SARAH's phone and discovered that she had been communicating with several individuals, and also sent and received CSAM with many of these individuals, over a period of several years.  Michigan FBI discovered communications in the application WhatsApp on SARAH's phone associated with the numbers 480-364-1592 and 602-738-3095.  These two numbers appeared to belong to the same subject because they were saved under the same contact card on her phone under the name ALEX BATWAY.

10.     With respect to the two phone numbers under the name "ALEX BATWAY," the Michigan agents noted that on or about August 31, 2020, SARAH, using 248-513-5599, and "ALEX BATWAY" (later determined to be BARTLEY), using 480-364-1592, began messaging over the application WhatsApp.  SARAH frequently role-played as a minor female between the ages of six years old to sixteen years old.  BARTLEY frequently role-played as "Daddy" or as a police officer.  BARTLEY commonly referred to SARAH as "Princess."  Further, on or about November 26, 2021, BARTLEY, using 602-738-3095, contacted SARAH at 248-513-5599 via WhatsApp and told her it was his new phone.

11.     On or about February 12, 2024, FBI Detroit served an administrative subpoena to Verizon wireless for the telephone number 480-364-1592.  The Verizon Wireless return listed the subscriber as ALAA BARTLEY, PLEA City of Phoenix, at 4287 E. Del Rio St., Gilbert, AZ 85295.  Based on my training and experience, WhatsApp uses the phone number associated with the device (versus other applications which differentiate different users with usernames).  The Verizon Wireless return information indicated that the phone number was still active and that BARTLEY was still the subscriber.  I have determined that BARTLEY is a sworn law enforcement officer, specifically a patrol officer, with the Phoenix Police Department and I am familiar with the fact that PLEA is the acronym for Phoenix Law Enforcement Association.  I have determined that BARTLEY was also a Phoenix Police Department officer during the time of the chats with SARAH.

4

12.     On February 12, 2024, FBI Detroit served an administrative subpoena to AT&T for subscriber information associated with the Cricket number 602-738-3095 (*i.e.* the other number for "ALEX BATWAY" in the SARAH phone).   AT&T returns listed the subscriber as "Rex Bradley" associated with a real address of XXX W. St. Catherine Ave., Phoenix, AZ 85041.   Subpoena Returns revealed that 602-738-3095 was a 90 day prepaid number that was activated on November 24, 2021 and disconnected on February 23, 2022. Law enforcement database checks determined that the name "Rex Bradley" was not associated at all with the address of XXX W. Saint Catherine Ave.   I confirmed occupants of XXX W. Saint Catherine Ave. were the owners of the home from before 2020 and do not have any known connection to BARTLEY.   It appeared to me that the user provided name and address was false and instead, the belief of law enforcement including me, is that the number 602-738-3095 was associated with BARTLEY based on the context of the chats, profile name saved in SARAH's phone, and information previously discovered in WhatsApp chats associated with 480-364-1592.

13.     On approximately February 20, 2024, FBI Detroit provided FBI Phoenix with a forensic image of SARAH's phone for analysis.

**Forensic Data Retrieved from SARAH's Phone by Phoenix Agents**

14.     FBI Phoenix agents reviewed the data obtained from SARAH's phone involving BARTLEY.   The phone contained messaging communications between SARAH and BARTLEY, and SARAH and others) via Telegram,[1] WhatsApp, and Wickr[2].   Based on the limitations associated with the phone extraction technology, the image files revealed are small file sizes and present as blurry and videos are displayed as still images.   Agents familiar with child pornography files on the internet identified a number of images that,

---

[1] Telegram is an instant messaging platform allowing its users to exchange messages, video and image files, and make video calls.  Its data is encrypted end-to-end.  It is headquartered in Dubai, United Arab Emirates.  A person's Telegram account can be set up and / or accessed by a desktop or laptop computer, or by a cellular telephone.

[2] Wickr is an instant messaging platform allowing its users to exchange messages, video and image files.  Its data is encrypted end-to-end.  Wickr is currently owned by Amazon Web Services.  It is headquartered in New York. A person's Wickr account can be set up and / or accessed by a desktop or laptop computer, or by a cellular telephone.

based on their experience of viewing this material and enhanced by the context of chats, appear to be CSAM.

15.     Phoenix FBI agents sent potential CSAM and Child Sexual Exploitation Material (CSEM) (i.e. a broader term that includes child erotica, and other sexualized material involving children) images and videos from SARAH's phone to the National Center for Missing and Exploited Children (NCMEC).[3]  NCMEC independently verified CSAM in over thirty of the images, all of which belonged to previously identified CSAM series. Specifically, the submitted files were compared with NCMEC's Child Recognition & Identification System (CRIS).  NCMEC reported that of the materials submitted in this case, they noted that there were over thirty files sent by SARAH to BARTLEY that appeared to contain child victims who have been identified by law enforcement, with some of the images fitting within the definition of child pornography pursuant to 18 U.S.C. § 2256.

### WhatsApp Chats between BARTLEY and SARAH

16.     I have reviewed all of the WhatsApp chats between BARTLEY and SARAH during the approximately time of August 31, 2020, and February 17, 2022, which were approximately 7,500 pages long.  Below, I have included several examples of substantive communications that covered the 17-month time period to show the ongoing nature of the communications expressing a sexual interest in children.  I included an additional summary text below for all image files.  The below communications were extracted from SARAH's phone.  In the messages below, "(owner)" refers to SARAH and "Alex Batway⬥⬥" is the

---

[3] Based on my training and experience and what I have learned from other agents with experience investigating child exploitation offenses, the National Center for Missing and Exploited Children® (NCMEC) was established in 1984 as a private, nonprofit 501(c)(3) organization.  Currently, NCMEC provides services nationwide for families and professionals in the prevention of abducted, endangered, and sexually exploited children. Pursuant to its mission and its congressional authorization (see 42 U.S.C. § 5773), NCMEC operates the CyberTipline and the Child Victim Identification Program to assist law enforcement in identifying victims of child pornography and child sexual exploitation and works with law enforcement, Internet service providers, electronic payment service providers, and others to reduce the distribution of child sexual exploitation images and videos over the Internet.  NCMEC does not investigate and cannot verify the accuracy of information reported to NCMEC. NCMEC forwards reports of child sexual exploitation to law enforcement for purposes of investigation and disposition of potential criminal wrongdoing to be determined solely by the relevant law enforcement agency and prosecutor's office.

contact name SARAH created for BARTLEY associated with the phone numbers 480-364-1592 (i.e. original phone) and 602-738-3095 (90-day prepaid phone BARTLEY told SARAH was his new number on November 26, 2021). The following is a picture of Batway's contact card on SARAH's phone.

> [Note:  The number 9102 is listed in the "About Alex" section of the contact card.  The number 9102 is Bartley's true badge number as later detailed in this Affidavit.]



17.     During the course of analyzing the WhatsApp chats, I also observed multiple links sent and received between both BARTLEY and SARAH. I attempted to view these links which contained some indication in the title suggestive of child exploitation material (i.e. https://raise-them-slutty.tumblr.com/post/627636342766108672/daddy-the-pervert-getting-used-after-school-by) but each of those links were no longer available.

18.     In one conversation, dated September 14, 2020, BARTLEY told SARAH "Its pretty bad that I'm a pedo cop".  SARAH replied "Not to me and madeleine". Within the chats, I

noted that "Madeleine" referred to SARAH's fictional unborn child.  An excerpt from the chat is as follows:

```
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 9/14/2020 7:35:34 PM(UTC+0)
Its pretty bad that I'm a pedo cop
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 9/14/2020 7:54:47 PM(UTC+0)
Not to me and madeleine
-----------------------------
```

19.    In a conversation dated September 18, 2020, BARTLEY described to SARAH a poker night where he interacted with his boss's nine-year-old daughter and later masturbated to thoughts of her.  An excerpt from the chat conversation is as follows:

```
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 9/18/2020 5:31:08 PM(UTC+0)
Daddy could never resist his little girls holes
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 9/18/2020 5:31:14 PM(UTC+0)
I'm sure they have some cute little girls that are just begging to be stuffed full of daddy cock
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 9/18/2020 5:31:32 PM(UTC+0)
I know a few with very cute daughters
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 9/18/2020 5:31:56 PM(UTC+0)
Ever imagine fucking them?
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 9/18/2020 5:32:17 PM(UTC+0)
Pumping them full of adult cock?
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 9/18/2020 5:33:47 PM(UTC+0)
Yes
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 9/18/2020 5:33:51 PM(UTC+0)
Fuck
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 9/18/2020 5:34:00 PM(UTC+0)
*bites your lip*
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 9/18/2020 5:34:32 PM(UTC+0)
```

8

I was at a poker night and my last bosses daughter would not leave my side and kept sitting on my lap and telling me I was her favorite

----------------------------

From: 14803641592@s.whatsapp.net Alex Batway🖤👖
Timestamp: 9/18/2020 5:34:49 PM(UTC+0)
Her mom had to put her to bed despite me telling her it was fine

----------------------------

From: 14803641592@s.whatsapp.net Alex Batway🖤👖
Timestamp: 9/18/2020 5:35:07 PM(UTC+0)
She was 9

----------------------------

From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 9/18/2020 5:35:12 PM(UTC+0)
How on earth did you handle not bending her over then and therr

----------------------------

From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 9/18/2020 5:35:26 PM(UTC+0)
Sounds like she has a crush on yiu

----------------------------

From: 14803641592@s.whatsapp.net Alex Batway🖤👖
Timestamp: 9/18/2020 5:35:30 PM(UTC+0)
I was so worried my hands would stray

----------------------------

From: 14803641592@s.whatsapp.net Alex Batway🖤👖
Timestamp: 9/18/2020 5:35:41 PM(UTC+0)
She liked that I played nerf with her

----------------------------

From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 9/18/2020 5:35:52 PM(UTC+0)
Ahhh

----------------------------

From: 14803641592@s.whatsapp.net Alex Batway🖤👖
Timestamp: 9/18/2020 5:36:00 PM(UTC+0)
She had these adorable pink little lips

----------------------------

From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 9/18/2020 5:36:05 PM(UTC+0)
Where did you put them?

----------------------------

From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 9/18/2020 5:36:24 PM(UTC+0)
(your hands that is)

----------------------------

From: 14803641592@s.whatsapp.net Alex Batway🖤👖
Timestamp: 9/18/2020 5:37:16 PM(UTC+0)
I was had my arm around her and had my hand on her hip where it naturally rested but I wanted to feel her thighs

----------------------------

From: 14803641592@s.whatsapp.net Alex Batway🖤👖
Timestamp: 9/18/2020 5:37:25 PM(UTC+0)
I was playing poker one handed

----------------------------

From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 9/18/2020 5:37:54 PM(UTC+0)
I would have adjusted inconspicuously and feel her

----------------------------

From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 9/18/2020 5:38:05 PM(UTC+0)
(I'm a bad influence)
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 9/18/2020 5:38:43 PM(UTC+0)
I was getting hard and luckily had tighter thick pants on to hide it
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 9/18/2020 5:39:24 PM(UTC+0)
I stroked that night thinking of her kneeling under the table to lick my cock
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 9/18/2020 5:39:38 PM(UTC+0)
If I was her mom I would have had you put her to bed
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 9/18/2020 5:39:52 PM(UTC+0)
Then met you outside her room and fucked you
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 9/18/2020 5:40:05 PM(UTC+0)
Have you call me her name
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 9/18/2020 5:40:09 PM(UTC+0)
God, I wish she would have
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 9/18/2020 5:40:15 PM(UTC+0)
You're the best mommy
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 9/18/2020 5:40:21 PM(UTC+0)
That is so hot
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 9/18/2020 5:40:44 PM(UTC+0)
I'm horrible
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 9/18/2020 5:40:55 PM(UTC+0)
I thinknits amazing
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 9/18/2020 5:41:05 PM(UTC+0)
Your mind turns me on so much
-----------------------------

20.     In a conversation dated September 21, 2020, SARAH sent BARTLEY images that agents identified as CSAM, and that I have viewed.  During that session, BARTLEY and SARAH role-played having sex with SARAH's fictional unborn daughter.  The description of the video and chats are as follows:

------------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 9/21/2020 10:39:38 PM(UTC+0)

Attachments:
#1: chats\WhatsApp_12485135599@s.whatsapp.net\attachments1\VID-20200921-WA0014.mp4

     [AFFIANT NOTE:  The file VID-20200921-WA0014.mp4 appears as an image, although it is a video file, and portrays an infant who appears to only have a diaper on laying on his/her back with an adult male kneeling over him/her holding his nude penis inches over the infant's face.]
------------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 9/21/2020 10:42:04 PM(UTC+0)
That will be lilli
------------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 9/21/2020 10:42:06 PM(UTC+0)
☺
------------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 9/21/2020 10:43:42 PM(UTC+0)
Daddy wants you to stroke me into Lillis little mouth
------------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 9/21/2020 10:44:02 PM(UTC+0)
Yessssss
------------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 9/21/2020 10:44:29 PM(UTC+0)
She's try to nurse off of daddys cock head too
------------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 9/21/2020 10:45:07 PM(UTC+0)
Yes!!!!!!
------------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 9/21/2020 10:45:25 PM(UTC+0)
You love that don't you?
------------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 9/21/2020 10:45:27 PM(UTC+0)
Yes
------------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 9/21/2020 10:45:29 PM(UTC+0)
I do
------------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 9/21/2020 10:45:35 PM(UTC+0)
Daddy will cum for our baby girl
------------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 9/21/2020 10:45:53 PM(UTC+0)
I never doubted you

11

-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 9/21/2020 11:56:47 PM(UTC+0)
Good, daddy would love that
-----------------------------

21.    In a conversation on September 30, 2020, SARAH provided her full name and asked for BARTLEY's middle and last name.  BARTLEY stated his true middle name was Robert. An excerpt from the chat is as follows:

-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 9/30/2020 11:15:49 PM(UTC+0)
What's your middle and last name?
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 9/30/2020 11:18:23 PM(UTC+0)
Actually just middle
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 9/30/2020 11:18:49 PM(UTC+0)
Mine is Sarah Elizabeth Chadwick
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 9/30/2020 11:26:28 PM(UTC+0)
Alex Robert Batway
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 9/30/2020 11:31:29 PM(UTC+0)
Super white name, I know but I never knew my father
-----------------------------

22.    In another conversation on December 18, 2020, SARAH asked BARTLEY to be her "pdo cop". During this conversation, BARTLEY and SARAH did role-play as "Daddy" and a little girl.  An excerpt from the chat is as follows:

-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 12/18/2020 6:45:00 AM(UTC+0)
Good bunny
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 12/18/2020 6:46:05 AM(UTC+0)
Good daddy
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 12/18/2020 6:46:33 AM(UTC+0)
I want you to fuck my little girl pussy daddy
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 12/18/2020 6:47:38 AM(UTC+0)
Be my pdo cop daddy husband

16

------------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 12/18/2020 6:48:24 AM(UTC+0)
Daddy wants that too
------------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 12/18/2020 6:48:39 AM(UTC+0)
To feel your small young pussy squeeze daddy
------------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 12/18/2020 6:48:46 AM(UTC+0)
Yes
------------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 12/18/2020 7:08:11 AM(UTC+0)
I want to have your cum in my under age slit ♡
------------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 12/18/2020 7:18:04 AM(UTC+0)
Daddy will fill his pretty girl up
------------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 12/18/2020 7:18:21 AM(UTC+0)
Yay!
------------------------------

23.    In a conversation on December 19, 2020, SARAH sent links and several videos of CSAM.  BARTLEY replied with the statement, "At least I woke up to molested little girls though".  The video is described below and an excerpt from the chat is as follows:

------------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 12/19/2020 3:03:19 PM(UTC+0)

Attachments:
#1: chats\WhatsApp_12485135599@s.whatsapp.net\attachments1\Tumblr[4] is a place to express yourself, discover yourself, and bond over the stuff you love(133).jpg

https://liltinylittle.tumblr.com/post/632997386536599553/yourgirlemma123-she-would-tease-her-dad-in
------------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 12/19/2020 4:56:37 PM(UTC+0)

https://nutted-on-preteens2.tumblr.com/post/637907415867817984/nutted-on-preteens2-that-little-fuck-toy[5]
------------------------------
From: 12485135599@s.whatsapp.net 11 (owner)

---

[4] Tumblr is a social media platform where its users can blog about any topic and can post text, photos, videos, or links.  Its users can set up private blogs and can share content to select users.  Tumblr is headquartered in New York.  In this case, it appeared to the Michigan agents that BARTLEY and SARAH first communicated on Tumblr and may have then moved to WhatsApp.  A person's Tumblr account can be set up and / or accessed by a desktop or laptop computer, or by a cellular telephone.

[5] I am familiar that the phrase "nutted on" is a slang expression for ejaculation.

17

Timestamp: 12/19/2020 5:01:20 PM(UTC+0)

Attachments:
#1: chats\WhatsApp_12485135599@s.whatsapp.net\attachments1\https___pixhost.jpg

https://nutted-on-preteens2.tumblr.com/post/637903888414113792/nutted-on-preteens
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 12/19/2020 5:02:29 PM(UTC+0)

https://glsocialclub15.tumblr.com/post/637949586405752832/wickr-glsc
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 12/19/2020 5:04:10 PM(UTC+0)

Attachments:
#1: chats\WhatsApp_12485135599@s.whatsapp.net\attachments1\Attachment_31fc4b75-b41e-bcbf-84fb-
cd82d8824800.jpg

https://emergencycracker2.tumblr.com/post/637910193977556992
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 12/19/2020 6:28:14 PM(UTC+0)

Attachments:
#1: chats\WhatsApp_12485135599@s.whatsapp.net\attachments1\IMG-20201219-WA0006.jpg

> [AFFIANT NOTE: IMG-20201219-WA0006.jpg: The image appears to depict a nude minor female on her
> knees with adult male's penis in her hand and mouth. (NCMEC identified this image as being from an
> identified series).]
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 12/19/2020 6:31:13 PM(UTC+0)

Attachments:
#1: chats\WhatsApp_12485135599@s.whatsapp.net\attachments1\Tumblr is a place to express yourself, discover
yourself, and bond over the stuff you love(134).jpg

https://eleuterios58.tumblr.com/post/637913724023422976
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 12/19/2020 6:58:21 PM(UTC+0)

My tumblr got nuked
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 12/19/2020 7:06:19 PM(UTC+0)
Attachments:
#1: chats\WhatsApp_12485135599@s.whatsapp.net\attachments1\VID-20201219-WA0008.mp4

> [AFFIANT NOTE: VID-20201219-WA0008.mp4: The still image I was able to view was originally a video
> file. However, due to the limitations of the extraction technology and the varied method telecommunications
> company store data the file renders as a still image. The image depicts a nude girl who looks no older than
> 10 to me, lying on her back with her legs spread in the air.  An adult male/female is touching the minor
> female's genitalia with his/her finger (NCMEC identified this image as being from an identified series)]

[Additionally, I noted that SARAH sent this same video on three separate occasions all of which BARTLEY commented on. The first time was on this date, 12/19/20, and how BARTLEY responded is below.  The second and third times were on 12/31/2020 and 1/6/2021 with the comments BARTLEY made acknowledging the file in Paragraphs 25 and 26 below.]

-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 12/19/2020 9:39:08 PM(UTC+0)
Aww
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 12/19/2020 9:39:17 PM(UTC+0)
🙂
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 12/19/2020 9:39:31 PM(UTC+0)
At least I woke up to molested little girls though
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 12/19/2020 9:59:15 PM(UTC+0)
I thought you would like it daddy
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 12/19/2020 10:00:14 PM(UTC+0)
Attachments:
#1: chats\WhatsApp_12485135599@s.whatsapp.net\attachments1\IMG-20201219-WA0011.jpg

[AFFIANT NOTE: This image depicts a nude prepubescent minor girl laying on her back with her hand around an adult male penis, which is over her pubic area.
-----------------------------

24.     In another conversation thread on December 21, 2020, SARAH sent images to BARTLEY and described the images as a female minor, to which BARTLEY commented, "Shes adorable". SARAH described that young girls would be attracted to BARTLEY if BARTLEY showed them his badge.  An excerpt from the chat is as follows:

-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 12/21/2020 6:32:43 PM(UTC+0)
Good morning
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 12/21/2020 6:33:27 PM(UTC+0)
Faca is also kinda slang for easy
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 12/21/2020 6:33:38 PM(UTC+0)
And its super hard to know the difference
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 12/21/2020 6:34:20 PM(UTC+0)
:P
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)

19

Timestamp: 12/21/2020 6:34:27 PM(UTC+0)
I just thought you'd like ir
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 12/21/2020 6:34:31 PM(UTC+0)
She's a minor
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 12/21/2020 6:34:38 PM(UTC+0)
Shes adorable
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 12/21/2020 6:34:40 PM(UTC+0)
And looks like a total slut
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 12/21/2020 6:35:00 PM(UTC+0)
Hopefully
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 12/21/2020 6:35:03 PM(UTC+0)
☺
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 12/21/2020 6:44:16 PM(UTC+0)
Oh trust me daddy
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 12/21/2020 6:44:49 PM(UTC+0)
You show her your badge and bod and she'll be alllllll over you
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 12/21/2020 6:44:59 PM(UTC+0)
☺☺
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 12/21/2020 6:45:14 PM(UTC+0)
I love that you look out for little girls for daddy
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 12/21/2020 6:45:29 PM(UTC+0)
Girls like her are little sluts for men with power
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 12/21/2020 6:45:59 PM(UTC+0)
I like making daddy's pdo cock hard
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 12/21/2020 6:46:16 PM(UTC+0)
You always do
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 12/21/2020 6:46:27 PM(UTC+0)
Good
-----------------------------

From: 14803641592@s.whatsapp.net Alex Batway 💙 💜
Timestamp: 12/31/2020 3:27:29 AM(UTC+0)
You're going to spread your legs when ever daddy tells you
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway 💙 💜
Timestamp: 12/31/2020 3:27:42 AM(UTC+0)
And never tell anyone how daddy uses you
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway 💙 💜
Timestamp: 12/31/2020 3:28:24 AM(UTC+0)
I keep rubbing your pussy and kneel over your face so I stroke my cock over your little kid face
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 12/31/2020 3:28:53 AM(UTC+0)
I moan in agreement
-----------------------------

26.     In a conversation on January 6, 2021, SARAH sent the same video as was described above in Paragraphs 24 and 26.   In my opinion,  BARTLEY's comments each time supported that  BARTLEY knowingly received and knowingly possessed and accessed with intent to view this video.  An excerpt of chat is as follows:

-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway 💙 💜
Timestamp: 1/6/2021 12:16:30 AM(UTC+0)
Daddy going to cum
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 1/6/2021 12:16:37 AM(UTC+0)
I want you to ruin my kitty Daddy
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway 💙 💜
Timestamp: 1/6/2021 12:16:58 AM(UTC+0)
Daddy is going to rape your cervix
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 1/6/2021 12:17:24 AM(UTC+0)
Attachments:
#1: chats\WhatsApp_12485135599@s.whatsapp.net\attachments1\VID-20201219-WA0008(3).mp4

        [AFFIANT NOTE:  This is when the video described in Paragraphs 23 and 25 above was sent again. Also
        note the "(3)" appendage to show it is a copy of the same file.]

-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 1/6/2021 12:17:34 AM(UTC+0)
Oh fuck daddy yes!
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 1/6/2021 12:18:02 AM(UTC+0)
Rape my cervix!
-----------------------------

22

From: 14803641592@s.whatsapp.net Alex Batway💙 💜
Timestamp: 1/6/2021 12:18:12 AM(UTC+0)
Daddy is going to fuck your child womb directly
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 1/6/2021 12:18:18 AM(UTC+0)
Yes!!!
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 1/6/2021 12:18:39 AM(UTC+0)
Make me bulge with your cock Daddy
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway💙 💜
Timestamp: 1/6/2021 12:21:26 AM(UTC+0)
I moan louder as I push past your cervix
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 1/6/2021 12:21:51 AM(UTC+0)
Ohhh Daddy!!!!!!!
-----------------------------

27.    In a conversation on May 2, 2021, SARAH indicated she wrote BARTLEY's badge number on her arm. BARTLEY confirmed it was his badge number—i.e. 9102. FBI Agents confirmed that BARTLEY'S true Phoenix Police Department badge number was 9102. (In Attachment A of the person warrant, the picture included is the badge that BARTLEY sent a picture of that belonged to his partner at the time, with the context of that picture on September 26, 2020, being that he had forgotten his badge and was returning somewhere to retrieve. SARAH wanted to see what his badge looked like.). An excerpt from the chat on May 2, 2021, confirming 9102 is as follows:

-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 5/2/2021 11:47:46 PM(UTC+0)
Ohhh its smudged 9102
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 5/2/2021 11:48:36 PM(UTC+0)
:P
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 5/2/2021 11:49:49 PM(UTC+0)
???
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤 🖤
Timestamp: 5/2/2021 11:50:30 PM(UTC+0)
That makes more sense

23

-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 5/2/2021 11:50:42 PM(UTC+0)
Thats what my psychic powers were telling me
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 5/2/2021 11:51:07 PM(UTC+0)
Oh yeah?
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 5/2/2021 11:52:43 PM(UTC+0)
gonna let some rando cop gonna come write on your property?
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 5/2/2021 11:53:09 PM(UTC+0)
But that's my number
-----------------------------

28.    In another conversation, on May 24, 2021, SARAH asked BARTLEY which niece
he fantasized about most.  BARTLEY stated that he fantasized most about his youngest
niece, age 6.  SARAH and BARTLEY then discussed sexual activity with the niece.  An
excerpt from the chat is as follows:

-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 5/24/2021 7:45:35 PM(UTC+0)
I want you to rape me like I was one of your nieces daddy
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 5/24/2021 7:46:09 PM(UTC+0)
Oooo
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 5/24/2021 7:46:14 PM(UTC+0)
Me too
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 5/24/2021 7:46:37 PM(UTC+0)
Being sweet but forcing my cock deep into your young pretty pussy
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 5/24/2021 7:46:44 PM(UTC+0)
Which one do you fantasize about most?
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 5/24/2021 7:47:06 PM(UTC+0)
The youngest, she is only 6
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 5/24/2021 7:47:09 PM(UTC+0)
🙊

Oh yes

----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 5/24/2021 7:51:32 PM(UTC+0)
So much

----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 5/24/2021 7:51:46 PM(UTC+0)
Like a Fleshlight

----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 5/24/2021 7:52:35 PM(UTC+0)
So much

----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 5/24/2021 7:53:07 PM(UTC+0)
Will you rub her little clit? Torture her baby cunt till she's begging you to let her cum

----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 5/24/2021 7:53:16 PM(UTC+0)
God yes

----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 5/24/2021 7:53:32 PM(UTC+0)
Thats all I want sometimes

----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 5/24/2021 7:55:11 PM(UTC+0)
Mmmmm

----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 5/24/2021 7:55:44 PM(UTC+0)
You should groom me like you want to groom her

----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 5/24/2021 7:56:46 PM(UTC+0)
I should

----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 5/24/2021 7:57:12 PM(UTC+0)
Make me your little niece

----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 5/24/2021 8:00:16 PM(UTC+0)
😊

----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 5/24/2021 8:02:14 PM(UTC+0)
Groom you to please my hard adult cock

----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 5/24/2021 8:02:27 PM(UTC+0)
To get molested and raped with out telling anyone

----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)

26

Timestamp: 5/24/2021 8:02:36 PM(UTC+0)
Uncle Alex 
------------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 5/24/2021 8:07:35 PM(UTC+0)
She might even like it
------------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 5/24/2021 8:10:40 PM(UTC+0)
I hope so
------------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 5/24/2021 8:10:55 PM(UTC+0)
Licking and rubbing her bald kitty
------------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 5/24/2021 8:10:55 PM(UTC+0)
Ik I'd like it
------------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 5/24/2021 8:11:01 PM(UTC+0)
I know you qould
------------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 5/24/2021 8:11:03 PM(UTC+0)
Would
------------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 5/24/2021 8:11:11 PM(UTC+0)
Thats why you're daddys good girl
------------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 5/24/2021 8:11:36 PM(UTC+0)
I was about her age when I started playing with my kitten
------------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 5/24/2021 8:19:00 PM(UTC+0)

------------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 5/24/2021 8:26:51 PM(UTC+0)
Naughty little girl
------------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 5/24/2021 8:27:28 PM(UTC+0)

------------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 5/24/2021 8:29:44 PM(UTC+0)
I was born to fuck
------------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 5/24/2021 8:40:43 PM(UTC+0)
You definitely were

----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 5/24/2021 8:40:58 PM(UTC+0)
I wish I was your kid
----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 5/24/2021 8:41:16 PM(UTC+0)
I'd be putting the moves on you all the time
----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 5/24/2021 8:43:28 PM(UTC+0)
I wish that too
----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 5/24/2021 8:43:42 PM(UTC+0)
I would honestly be using little girls all the time if I knew they could keep a secret
----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 5/24/2021 8:44:00 PM(UTC+0)
I won't tell anyone anything daddy
----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 5/24/2021 8:56:57 PM(UTC+0)
I promise
----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 5/24/2021 9:44:57 PM(UTC+0)
Good girl
----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 5/24/2021 9:45:22 PM(UTC+0)
You like when daddy chooses your little kid body over mommy's adult one
----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 5/24/2021 9:58:10 PM(UTC+0)
Always
----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 5/24/2021 10:18:46 PM(UTC+0)
Daddy loves that
----------------------------

29.     In another conversation, on June 20, 2021, BARTLEY asked SARAH to acquire nude photographs of a fourteen-year-old Tumblr user named "teen angel".   Then, BARTLEY apologized for asking.  An excerpt from the chat is as follows:

----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 6/20/2021 5:55:21 PM(UTC+0)
https://teenangel.tumblr.com/post/654511058420105216/keep-thinking-abt-little-girls-w-big-fake-tits
----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 6/20/2021 5:58:42 PM(UTC+0)
Lots of good girls

28

```
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 6/20/2021 6:05:28 PM(UTC+0)
Yep and teen angel is 14
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 6/20/2021 6:15:44 PM(UTC+0)
Oh jeez!
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 6/20/2021 6:15:46 PM(UTC+0)
Very hot
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 6/20/2021 6:15:56 PM(UTC+0)
You should talk to her get her nudes for me
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 6/20/2021 6:16:09 PM(UTC+0)
I think it would be hot for you to groom minors for daddy
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 6/20/2021 6:32:28 PM(UTC+0)
Is that too much?
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 6/20/2021 6:56:39 PM(UTC+0)
Idk
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 6/20/2021 6:57:14 PM(UTC+0)
After I said it realized how wierd of a situation that is
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 6/20/2021 6:57:22 PM(UTC+0)
It just came to my head
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 6/20/2021 6:57:24 PM(UTC+0)
Sorry
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 6/20/2021 7:55:54 PM(UTC+0)
It's okay
-----------------------------
```

30.    In a conversation on July 7, 2021, BARTLEY discussed how he may molest his nieces.  SARAH sent BARTLEY an image and comments "13yo pussy" in which BARTLEY responded with "That looks so little" and "I love it".  An excerpt from the chat is as follows:

```
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
```

29

Timestamp: 7/7/2021 3:28:13 PM(UTC+0)
God I'm so wet for you
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐍
Timestamp: 7/7/2021 3:50:58 PM(UTC+0)
You're wet at how I may actually molest my nieces
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 7/7/2021 3:51:55 PM(UTC+0)
Yes
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐍
Timestamp: 7/7/2021 3:52:41 PM(UTC+0)
They will love horsey
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐍
Timestamp: 7/7/2021 3:52:50 PM(UTC+0)
And it will make daddys pedo cock hard
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 7/7/2021 3:54:28 PM(UTC+0)
Are you actually going to do it Daddy? 😊
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐍
Timestamp: 7/7/2021 3:54:53 PM(UTC+0)
Yes
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐍
Timestamp: 7/7/2021 3:54:57 PM(UTC+0)
I need ti
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 7/7/2021 3:55:06 PM(UTC+0)
Fuck yes
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 7/7/2021 3:55:15 PM(UTC+0)
😊👢☺👢☺👢☺👢☺👢☺☺👢☺👢☺
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐍
Timestamp: 7/7/2021 3:59:34 PM(UTC+0)
Rub little girl pussies on my cock
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 7/7/2021 3:59:44 PM(UTC+0)
Do it 😊
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 7/7/2021 3:59:56 PM(UTC+0)
Make them moan
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐍
Timestamp: 7/7/2021 4:00:05 PM(UTC+0)


[AFFIANT NOTE: Agents were unable to identify the image IMG-20210707-WA0013.jpg due to the degraded quality.]

----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 7/7/2021 10:22:57 PM(UTC+0)
13yo pussy
----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 7/7/2021 10:23:03 PM(UTC+0)
That looks so little 😍😍
----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 7/7/2021 10:23:06 PM(UTC+0)
I love it
----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 7/7/2021 10:23:14 PM(UTC+0)
Did it get you hard
----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 7/7/2021 10:23:33 PM(UTC+0)
It did
----------------------------

31.  In a conversation on July 9, 2021, BARTLEY told SARAH that a 9-year-old girl was getting a pedicure next to him and asked SARAH how could he get her to suck his cock. SARAH later responded he could use his lights and sirens to show off.  An excerpt from the chat is as follows:

----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 7/9/2021 4:54:53 PM(UTC+0)
Good morning
----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 7/9/2021 4:54:55 PM(UTC+0)
😍😍
----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 7/9/2021 5:16:02 PM(UTC+0)
Good morning Daddy
----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 7/9/2021 5:16:06 PM(UTC+0)

Attachments:
#1: chats\WhatsApp_12485135599@s.whatsapp.net\attachments1\thumb_PTT-20210709-WA0007.jpg

[AFFIANT NOTE: The image PTT-20210709-WA0007.jpg was no longer accessible on the device.]
----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 7/9/2021 5:27:22 PM(UTC+0)
Wife is getting her nails done and brought me for a pedicure

32

------------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 7/9/2021 5:27:46 PM(UTC+0)
Someone brought their 9 yo girl and she's beside me getting a pedicure
------------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 7/9/2021 5:28:32 PM(UTC+0)
How do I get the kid to suck my cock while I'm getting the pedicure?
------------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 7/9/2021 5:45:11 PM(UTC+0)
Hmm
------------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 7/9/2021 5:45:18 PM(UTC+0)
Well
------------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 7/9/2021 5:45:37 PM(UTC+0)
Idk
------------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 7/9/2021 5:45:41 PM(UTC+0)
Damn
------------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 7/9/2021 5:45:47 PM(UTC+0)
Is she making you hard
------------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 7/9/2021 5:45:54 PM(UTC+0)
Yes
------------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 7/9/2021 5:46:01 PM(UTC+0)
So it's her fault
------------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 7/9/2021 5:46:20 PM(UTC+0)
Too bad you don't have a cruiser
------------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 7/9/2021 5:46:39 PM(UTC+0)
You could offer to show her the inside and play with the lights and sirens
------------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 7/9/2021 5:47:11 PM(UTC+0)
But how bad are your feet that your wife makes you get a pedi??
------------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 7/9/2021 5:49:02 PM(UTC+0)
Not bad at all
------------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 7/9/2021 5:49:21 PM(UTC+0)

I have a foot with a ton of hardware in it that she worries about

------------------------------

32.     In a conversation on September 25, 2021, BARTLEY told SARAH that he had a sixteen-year-old girl as his jiu-jitsu partner and responded "I was trying not to be a perv. It was difficult".  An excerpt from the chat is as follows:

------------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 9/25/2021 7:25:36 PM(UTC+0)
I got beat up alot in jiu-jitsu
------------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 9/25/2021 7:25:43 PM(UTC+0)

Attachments:
#1: chats\WhatsApp_12485135599@s.whatsapp.net\attachments1\IMG-20210925-WA0000.jpg

        [AFFIANT NOTE: This image appears to depict BARTLEY in martial arts clothing.]
------------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 9/25/2021 7:26:48 PM(UTC+0)
On the plus side my last partner was a 16 year old girl.  And she used her hips alot.
------------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 9/25/2021 7:27:20 PM(UTC+0)
I was trying not to be a perv. It was difficult
------------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 9/25/2021 7:34:42 PM(UTC+0)
You look sexy
------------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 9/25/2021 7:36:23 PM(UTC+0)
Is your gi corduroy???
------------------------------

33.     In a conversation on October 10, 2021, SARAH told BARTLEY that she needed "pedo cop cock" and sent several image files.  BARTLEY replied "Daddy needs to give you some".  An excerpt from the chat is as follows:

------------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 10/10/2021 5:37:35 PM(UTC+0)
Good morning bunny
------------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 10/10/2021 5:38:11 PM(UTC+0)
Morning Daddy
------------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 10/10/2021 5:42:22 PM(UTC+0)

Attachments:
#1: chats\WhatsApp_12485135599@s.whatsapp.net\attachments1\VID-20211010-WA0002.mp4

     [AFFIANT NOTE: VID-20211010-WA0002.mp4: Image appears to depict adult pornography.]
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway❤️🐺
Timestamp: 10/10/2021 5:43:01 PM(UTC+0)
How's my bunny?
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 10/10/2021 5:43:39 PM(UTC+0)
Horny :(
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 10/10/2021 5:43:54 PM(UTC+0)
Need pedo cop cock
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 10/10/2021 5:58:44 PM(UTC+0)

Attachments:
#1: chats\WhatsApp_12485135599@s.whatsapp.net\attachments1\IMG-20211010-WA0003.jpg

     [AFFIANT NOTE: IMG-20211010-WA0003.jpg: Image appears to depict a can with a written label. Due
to the image quality, the text is unreadable.]
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 10/10/2021 5:59:09 PM(UTC+0)

Attachments:
#1: chats\WhatsApp_12485135599@s.whatsapp.net\attachments1\IMG-20211010-WA0004.jpg

     [AFFIANT NOTE: IMG-20211010-WA0004.jpg: Image appears to depict a notebook with a written label.
Due to the image quality, the text is unreadable.]
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway❤️🐺
Timestamp: 10/10/2021 6:01:22 PM(UTC+0)
Daddy needs to give you some
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway❤️🐺
Timestamp: 10/10/2021 6:01:32 PM(UTC+0)
Love it
-----------------------------

34.    On or about November 23, 2021 BARTLEY apparently purchased a new phone (i.e.

consistent with buying an upgraded device but still using the same phone number ending

in 1592).  An excerpt from the chat is as follows.

-----------------------------
From: System Message System Message
Timestamp: 11/23/2021 6:49:48 PM(UTC+0)
Your security code with Alex Batway❤️🐺 (14803641592@s.whatsapp.net) changed. Tap to learn more.
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)

Timestamp: 11/23/2021 6:52:20 PM(UTC+0)
Um
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 11/23/2021 6:52:31 PM(UTC+0)
new phone who dis?
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 11/23/2021 6:53:00 PM(UTC+0)
It is a new phone. My old one broke
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 11/23/2021 6:53:13 PM(UTC+0)
Gonna have to change services soon
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 11/23/2021 6:53:17 PM(UTC+0)
But I'm here
-----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 11/23/2021 6:54:08 PM(UTC+0)
You should be able to get WhatsApp no matter what service you have
-----------------------------
From: 14803641592@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 11/23/2021 6:54:27 PM(UTC+0)
I know
-----------------------------

35.     On November 26, 2021, BARTLEY told SARAH he purchased a "new" phone and had a new phone number of 602-738-3095.  BARTLEY's last message to SARAH on WhatsApp using phone number 480-364-1592 was on November 24, 2021.[6]  Based on Phoenix Police Department's employee contact information and open-source research, 480-364-1592 remains BARTLEY's active personal phone number and is still active according to Verizon records.   BARTLEY sent the first message to SARAH from the phone number 602-738-3095. An excerpt from the chat is as follows.

Start Time: 11/26/2021 6:29:01 PM(UTC+0)
Last Activity: 6/3/2022 2:00:53 PM(UTC+0)
Participants: 12485135599@s.whatsapp.net 11, 16027383095@s.whatsapp.net Alex Batway🖤🐺
From: System Message System Message
Timestamp: 11/26/2021 6:29:01 PM(UTC+0)
-----------------------------
From: 16027383095@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 11/26/2021 6:31:35 PM(UTC+0)
New phone
-----------------------------

---

[6] On the other hand, SARAH sent BARTLEY a few more messages on his number ending in 1592, but the two essentially communicated on BARTLEY's new phone starting November 26, 2021.

From: System Message System Message
Timestamp: 11/26/2021 6:31:35 PM(UTC+0)
🔒 Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. Tap to learn more
------------------------------
From: 16027383095@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 11/26/2021 6:31:42 PM(UTC+0)
Switch was pretty painless
------------------------------
From: 16027383095@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 11/26/2021 6:31:46 PM(UTC+0)
It's me princess
------------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 11/27/2021 12:33:43 AM(UTC+0)
Hi Daddy
------------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 11/27/2021 12:33:53 AM(UTC+0)
why'd you get the new number?
------------------------------
From: 16027383095@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 11/27/2021 1:04:44 AM(UTC+0)
I had a few months till that number was eligible for an upgrade so they played some new number shenanigans to hook me up
------------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 11/27/2021 3:17:41 AM(UTC+0)
Ooooo
------------------------------

36.     With BARTLEY still using the second phone ending in 3095, and in a conversation on December 1, 2021, SARAH sent BARTLEY several images and videos to which BARTLEY thanked her. BARTLEY then appeared to send SARAH a picture of BARTLEY holding his groin. An excerpt from the chat is as follows:

------------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 12/1/2021 3:40:56 AM(UTC+0)

Attachments:
#1: chats\WhatsApp_12485135599@s.whatsapp.net\attachments1\VID-20211130-WA0007.mp4

        [AFFIANT NOTE: VID-20211130-WA0007.mp4: Image appears to depict a male/female nude from
        behind. Due to the image quality, it is age difficult.]
------------------------------
From: 16027383095@s.whatsapp.net Alex Batway🖤🖤
Timestamp: 12/1/2021 3:41:50 AM(UTC+0)
She's taking it like such a good girl
------------------------------
From: 16027383095@s.whatsapp.net Alex Batway🖤🖤

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| United States of America | CRIMINAL COMPLAINT |
|---|---|
| v. | |
| Alaa Robert Bartley | CASE NUMBER:   24-6161MJ |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the dates described in Attachment A in the County of Maricopa in the District of Arizona, the defendant violated Title 18 U.S.C. § 2252(a)(2) and Title 18 U.S.C. § 2252(a)(4)(B) offenses described as follows:

**See Attachment A – Description of Counts**

I further state that I am a Special Agent from the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See Attachment B – Statement of Probable Cause Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:   ☒Yes   ☐ No

AUTHORIZED BY: Gayle L. Helart, AUSA   *Gayle L. Helart*   Digitally signed by GAYLE HELART
Date: 2024.04.05 17:30:4
-07'00'

SA Jonathan Williams, FBI
Name of Complainant                                              Signature of Complainant

Subscribed and sworn electronically
April 5, 2024 @5:51pm                          at      Phoenix, Arizona
Date                                                                          City and State

HONORABLE ALISON S. BACHUS
United States Magistrate Judge
Name & Title of Judicial Officer                         Signature of Judicial Officer

Timestamp: 12/1/2021 3:44:53 AM(UTC+0)
I love this. Just enjoying those tiny holes
----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 12/1/2021 3:45:11 AM(UTC+0)

Attachments:
#1: chats\WhatsApp_12485135599@s.whatsapp.net\attachments1\VID-20211130-WA0008.mp4

[AFFIANT NOTE: 20211130-WA0008.mp4: Image appears to depict a female. Due to the image quality, it
is age difficult.]
----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 12/1/2021 3:45:41 AM(UTC+0)

Attachments:
#1: chats\WhatsApp_12485135599@s.whatsapp.net\attachments1\VID-20211130-WA0009.mp4

[AFFIANT NOTE: VID-20211130-WA0009.mp4: Image depicts an adult male with his hand on his penis
touching the butt of a nude minor female.  The Image is associated with a NCMEC identified series.]
----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 12/1/2021 3:46:25 AM(UTC+0)

Attachments:
#1: chats\WhatsApp_12485135599@s.whatsapp.net\attachments1\VID-20211004-WA0030.mp4

[AFFIANT NOTE: VID-20211004-WA0030.mp4: Image depicts a sitting/laying adult male penetrating a
female who is lying on top of the adult male facing the same direction.  Due to the quality of the image, the
age of the female is difficult to ascertain.]
----------------------------
From: 16027383095@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 12/1/2021 3:46:51 AM(UTC+0)
Where do you get these?
----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 12/1/2021 3:47:13 AM(UTC+0)
I plead the 5th
----------------------------
From: 16027383095@s.whatsapp.net Alex Batway🖤🐺
Timestamp: 12/1/2021 3:47:27 AM(UTC+0)
Oof. Thank them for me
----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 12/1/2021 3:48:00 AM(UTC+0)

Attachments:
#1: chats\WhatsApp_12485135599@s.whatsapp.net\attachments1\VID-20211130-WA0010.mp4

[AFFIANT NOTE: VID-20211130-WA0010.mp4: Image depicts an adult male holding his erect penis near
a person whose pants are pulled down and their buttocks are exposed.  The other person in this image appears
to be small in comparison to the adult male, but the age is difficult to ascertain due to the quality of the
image.]
----------------------------
From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 12/1/2021 3:48:34 AM(UTC+0)

Are you hard?

----------------------------

From: 16027383095@s.whatsapp.net Alex Batway🖤👽
Timestamp: 12/1/2021 3:48:51 AM(UTC+0)
I am

----------------------------

From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 12/1/2021 3:49:35 AM(UTC+0)
rubbing your dad cock looking at little girls

----------------------------

From: 16027383095@s.whatsapp.net Alex Batway🖤👽
Timestamp: 12/1/2021 3:49:46 AM(UTC+0)
You know daddy

----------------------------

From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 12/1/2021 3:50:00 AM(UTC+0)
Can I see?

----------------------------

From: 16027383095@s.whatsapp.net Alex Batway🖤👽
Timestamp: 12/1/2021 3:50:37 AM(UTC+0)

Attachments:
#1: chats\WhatsApp_12485135599@s.whatsapp.net\attachments1\IMG-20211130-WA0011.jpg

> [AFFIANT NOTE: IMG-20211130-WA0011.jpg: Image depicts an adult male holding an erect penis over his pants.]

----------------------------

From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 12/1/2021 3:51:07 AM(UTC+0)
Mmmmmm

----------------------------

From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 12/1/2021 3:51:49 AM(UTC+0)
Pedo cop

----------------------------

From: 16027383095@s.whatsapp.net Alex Batway🖤👽
Timestamp: 12/1/2021 3:52:01 AM(UTC+0)
I know you love that

----------------------------

From: 12485135599@s.whatsapp.net 11 (owner)
Timestamp: 12/1/2021 3:52:05 AM(UTC+0)
I do

----------------------------

From: 16027383095@s.whatsapp.net Alex Batway🖤👽
Timestamp: 12/1/2021 3:52:16 AM(UTC+0)
Naughty girl

----------------------------

37.   BARTLEY's last communication to SARAH on WhatsApp on his prepaid phone ending in 3095 was sent on February 17, 2022, which is consistent with the administrative return's last day of service February 23, 2022. I am unaware of any additional

communications BARTLEY had with SARAH following this date.  SARAH continued to send BARTLEY messages until June 3, 2022, on the number ending in 3095.

**Additional Facts Corroborating Identity of BARTLEY As Subject Talking To SARAH**

38.     Based on open-source research, BARTLEY participates in martial arts activities at a martial arts studio.  BARTLEY frequently sent SARAH images of himself participating in martial arts activities.  I have viewed these images and they appear to be BARTLEY.

39.     On several occasions, BARTLEY discussed working for the Phoenix Police Department. BARTLEY sent images of BARTLEY'S likeness in uniform and SARAH knew his true badge number. BARTLEY discussed taking overtime shifts at a hospital.

40.     SARAH maintained a photo album on her phone titled "ARB" which contained approximately one hundred and nine images. Many of the images were of BARTLEY'S likeness.

41.     On December 31, 2021, BARTLEY told SARAH "I think I tested positive for covid. Imma go to a place to confirm". Phoenix Police Database checks revealed BARTLEY worked on December 30, 2021 and did not work again until January 11, 2022, *i.e.* a 12 day time period.

**SEARCH WARRANT EXECUTION FACTS**

42.     On April 4, 2024, FBI Phoenix executed four search warrants for BARTLEY'S person, residence, personal vehicles, and place of employment.  I interviewed BARTLEY following the search of his person.

43.     FBI agents on the residence search team located a Samsung Galaxy S8 cellphone with black case in BARTLEY'S bedroom in the bottom drawer of a nightstand in what was later determined to be BARTLEY'S side of the room.  During an interview with the BARTLEY'S wife, she stated this phone was the device BARTLEY used to view pornography.  The wife knew the PIN to the phone but never accessed the device. According to the BARTLEY'S wife, BARTLEY had an affair in 2018 and agreed to share his phone PIN with her for transparency.  The same PIN that unlocked the Samsung Galaxy S8 also unlocked the subject primary phone, a Samsung Galaxy S21, associated with the

telephone number 480-364-1592, which was found on his person.  BARTLEY'S wife had no knowledge of BARTLEY ever viewing child pornography.

43.    On April 4, 2024, FBI forensic examiners attempted an extraction of BARTLEY'S primary phone, the Samsung Galaxy S21, associated with the telephone number 480-364-1592.  FBI forensic examiners identified an application the phone called Secure Folder.  I know that the Secure Folder allows an Android user the ability to password protect files, applications, images, videos, or other data in addition to the phone's unlock password.  The Secure Folder on BARTLEY'S phone was pattern locked and contained approximately 22 gigabytes of data.  Further forensic analysis of the Secure Folder is ongoing.

44.    On April 5, 2024, FBI forensic examiners extracted the Samsung Galaxy S8, which was identified as the one BARTLEY used to view pornography.  Contained within the phone was an application called Secure Folder.  I know that the Secure Folder allows an Android user the ability to password protect applications, images, videos, or other media in addition to the phone's password.  The Secure Folder contained over 17 gigabytes worth of data storage.  FBI forensic examiners accessed the Secure Folder and discovered over 49,000 images and over 700 videos, many of which I identified as CSAM.

45.    Numerous applications were located in the Secure Folder, to include Tumblr, Telegram, Wickrme, Snapchat, Discord, Instagram, WhatsApp, Viber, Whisper, and Kik.  Some communications were observed and BARTLEY utilized the name "ALEX".  The Telegram chats were dated between December 10, 2021 and March 9, 2024.  The Tumblr chats were dated between on or about January 26, 2021 and March 20, 2024.   Some of the chats are similar to the chats with SARAH, in that it appeared they were sexually explicit and spoke of BARTLEY's sexual interest in children.

46.    The following describes five files that were located in the Secure Folder on the Samsung Galaxy S8:

**tara 8yr 518.jpg:** This is part of a known series.  This shows a prepubescent girl who is sitting and appears to be wearing a red G-string underwear.  An adult nude male is standing in front of her and he is holding her

head.  The man's penis is in her mouth.  There is a black bar of redaction is over her eyes.

**tara_8yr_511.jpg:**      This is part of a known series.  This shows a prepubescent girl who is nude laying on her back on a bed.  Her legs are spread and a cylindrical object is inserted into her anus with the girl holding it into her.  A black bar of redaction is over her eyes.

**free_CP_ilovecpwhugfrii2x73xcp2r4q5nxbi4xmv2uv75zljdgzj7jhidrzq d.onion_0700.jpg:**  This shows a nude girl, no breast or pubic hair development and who looks no older than seven.  She is laying on a bed and has a pink blanket to her side.  Her legs are spread and an adult male is laying sideways pushing his nude penis into her nude genitalia.

**7-yo-anal-closeup.jpg:**  This shows a close-up view of a man's penis penetrating a girl's anus.  The girl has no pubic hair development.

**a9565862-ee90-488d-9398-330b377a10e9.mp4:**  This is an approximate 42 second video that shows a girl from a known series.   The girl is on her stomach and she is wearing socks, but no other clothing.  An adult man has his penis into her mouth.  The man ejaculates into her mouth.   The girl looks no older than twelve.

## **CONCLUSION**

47.    Based on the communications between BARTLEY and SARAH in the WhatsApp chats, and the videos and images located in the Secure Folder of the Samsung Galaxy S8 phone, I believe that probable cause exists that ALAA BARTLEY (DOB XX/XX/1982) violated 18 U.S.C. §§ 2252(a)(2) (Knowingly Receiving Child Pornography) and 2252(a)(4)(B) (Knowingly Possessing or Accessing with Intent to View Child Pornography).

Respectfully submitted,

Jonathan M. Williams, Special Agent
Federal Bureau of Investigation

Subscribed electronically and sworn to me telephonically this 5th day of April, 2024.

_____
HONORABLE ALISON S. BACHUS
United States Magistrate Judge