1  GARY M. RESTAINO
   United States Attorney
2  District of Arizona

3  GAYLE L. HELART
   California State Bar No. 151861
4  Email: Gayle.Helart@usdoj.gov
   Assistant United States Attorney
5  Two Renaissance Square
   40 N. Central Ave., Suite 1800
6  Phoenix, Arizona 85004
   Telephone: 602-514-7500
7  Attorneys for Plaintiff

```
                FILED      ___ LODGED
           ___ RECEIVED    ___ COPY

                  APR 3 0 2024

           CLERK U S DISTRICT COURT
             DISTRICT OF ARIZONA
           BY_____ DEPUTY
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-24-00749-PHX-JJT (DMF) |
|---|---|
| Plaintiff, | **REDACTED INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 2251(a), 2251(e) and 2256<br>(Attempted Production of Child Pornography)<br>Count 1 |
| Alaa Robert Bartley, | |
| Defendant. | |
| | 18 U.S.C. § 2422(b)<br>(Attempted Coercion and Enticement of a Minor)<br>Count 2 |
| | 18 U.S.C. §§ 2252(a)(2), 2252(b)(1) and 2256<br>(Knowingly Distributing Child Pornography)<br>Count 3 |
| | 18 U.S.C. §§ 2252(a)(2), 2252(b)(1) and 2256<br>(Knowingly Receiving Child Pornography)<br>Counts 4-11 |
| | 18 U.S.C. §§ 2252(a)(4)(B), 2252(b)(2) and 2256<br>(Possession of Child Pornography)<br>Count 12 |
| | 18 U.S.C. §§ 981 and 2253, 21 U.S.C. § 853 and 28 U.S.C. § 2461(c)<br>(Forfeiture Allegations) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about November 25, 2019, in the District of Arizona and elsewhere, Defendant ALAA ROBERT BARTLEY did knowingly use a minor, that is, Jane Doe, age 15, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct knowing and having reason to know that the visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting commerce and mailed if the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and did attempt to do so, to wit: a visual file created on or about 11/25/19 2:41:30 PM UTC -7 in a bathroom.

All in violation of Title 18, United States Code, Sections 2251(a), 2251(e) and 2256.

## COUNT 2

On or between approximately December 18, 2023, through April 4, 2024, in the District of Arizona and elsewhere, Defendant ALAA ROBERT BARTLEY did unlawfully and knowingly use any facility and means of interstate and foreign commerce to attempt to persuade, induce, entice, and coerce any individual who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, including Ariz. Rev. Stat. § 13-1405 (Sexual Conduct with a Minor).

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT 3

On or about August 23, 2023, in the District of Arizona, and elsewhere, Defendant ALAA ROBERT BARTLEY knowingly distributed a visual depiction that involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct. Defendant ALAA ROBERT BARTLEY distributed the visual depiction

within a social media platform. The visual depiction was mailed, shipped, and transported using any means or facility of interstate or foreign commerce and in and affecting interstate and foreign commerce, and had been produced using materials which had been mailed, shipped, and transported by any means, including by computer. Some of the files that were distributed by Defendant ALAA ROBERT BARTLEY can be identified as:

    File 1 sent on or about 8/23/2023 8:05:18 AM

    File 2 sent on or about 8/23/2023 8:05:42 AM

    File 3 sent on or about 8/23/2023 8:06:59 AM

    File 4 sent on or about 8/23/2023 8:09:53 AM

    File 5 sent on or about 8/23/2023 8:12:40 AM

    File 6 sent on or about 8/23/2023 8:21:31 AM

All in violation of Title 18, United States Code, Sections 2252(a)(2), 2252(b)(1) and 2256.

### COUNTS 4 - 11

On or about the dates below, in the District of Arizona, and elsewhere, Defendant ALAA ROBERT BARTLEY knowingly received a visual depiction that involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct. Defendant ALAA ROBERT BARTLEY received the visual depiction within a social media platform. The visual depiction was mailed, shipped, and transported using any means or facility of interstate or foreign commerce and in and affecting interstate and foreign commerce, and had been produced using materials which had been mailed, shipped, and transported by any means, including by computer. Some of the files that were received by Defendant ALAA ROBERT BARTLEY can be identified as:

| Count | Date (on or about) | File(s) |
|---|---|---|
| 4 | December 19, 2020 | VID-20201219-WA0008.mp4 <br> IMG-20201219-WA0011.jpg |
| 5 | December 27, 2020 | VID-20201227-WA0002.mp4 |

| 6 | December 31, 2020 | VID-20201219-WA0008(2).mp4 |
| 7 | January 6, 2021 | VID-20201219-WA0008(3).mp4 |
| 8 | January 24, 2021 | IMG-20210124-WA0006.jpg |
|   |   | IMG-20210124-WA0009.jpg |
| 9 | April 10, 2021 | IMG-20210410-WA0027.jpg |
|   |   | VID-20210410-WA0035.mp4 |
| 10 | June 30, 2021 | IMG-20210630-WA0000.jpg |
| 11 | October 4, 2021 | VID-20211004-WA0035.mp4 |

All in violation of Title 18, United States Code, Sections 2252(a)(2), 2252(b)(1) and 2256.

## COUNT 12

On or about April 4, 2024, in the District of Arizona and elsewhere, Defendant ALAA ROBERT BARTLEY knowingly possessed and knowingly accessed with intent to view, visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct. The visual depictions possessed and accessed by Defendant ALAA ROBERT BARTLEY were contained on a cell phone and included a prepubescent minor and a minor under the age of 12. The visual depictions on the cell phone had been mailed, shipped, or transported using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and had been produced using materials which had been mailed, shipped, or transported, by any means, including by computer. Some of the visual depictions of minors engaged in sexually explicit conduct are listed below:

| Item | File Name |
|---|---|
| Cellular phone identified as QPX1 | Tumblr_l_372754927935459.jpg |
|   | Tumblr_l_904698625169828.jpg |
|   | dfa41082-780d-417c-9a15-be950f232add.jpg |
| Cellular phone identified as QPX7 | The Uranus girl – ass fuck 2 + cum.mp4 |

| | |
|---|---|
| | 1.avi |
| | 1_4983531273164161098.mp4 |
| | 1_5012619239824032522.mp4 |
| | eo-159.mp4 |
| | VID_20230423_132312_309.mp4 |
| | VID_2030408_102157_396.mp4 |
| | VID_20221001_165746_070.mp4 |
| | IMG_2610.mp4 |
| | IMG_2562.mp4 |
| | VID_20220718_023834_553.mp4 |
| | febfeb002.webm |
| | febfeb007.webm |
| | trim.28908E2E-B884-440C-B6B5-35C9D2145ED7.mov |
| | trim.16561A9A-5BFD-4170-B094-E5CE01969DEA.mov |
| | ea2bfcf3-5a61-472c-9d20-4491440232b5.mp4 |
| | VID_20200926_033516_752.mp4 |

In violation of Title 18, United States Code, Section 2252(a)(4)(B), 2252(b)(2) and 2256.

### FORFEITURE ALLEGATIONS

The Grand Jury realleges and incorporates the allegations of Counts 1-12 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 981, and 2253, Title 21 United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1-12 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in any visual depiction, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of statute, and any property, real or personal, constituting or traceable

to gross profits or other proceeds obtained from such offense, and any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property, including by not limited to, the two cellular telephones seized by law enforcement on April 4, 2024.

If any forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. Section 853(p).

All in accordance with Title 18, United States Code, Sections 981 and 2253, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: April 30, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

s/
GAYLE L. HELART
Assistant United States Attorney