**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Alaa Robert Bartley,<br>Defendant | No. CR-24-00749-001-PHX-SHD<br>**ORDER FOR PRESENTENCE PSYCHOSEXUAL ASSESSMENT** |

Based upon the provisions of the plea agreement filed in this case at the time of the entry of the defendant's guilty plea, and the recommendation of Probation, pursuant to 18 U.S.C. § 3552(b),

**IT IS HEREBY ORDERED** that the defendant submit to a presentence study to include a psychosexual assessment, including but not limited to physiological testing and a polygraph examination, such study to be conducted by Mountain Valley Counseling Associates at Central Arizona Florence Correctional Complex, 1155 N. Pinal Parkway Florence, Arizona 85132, under the direction of the Probation Department, and shall not exceed $2,200.00; and

**IT IS FURTHER ORDERED** that such study must be performed within sixty days unless an extension is granted by this Court for an additional sixty days; and

**IT IS FURTHER ORDERED** that the defendant is to contribute to the cost of such assessment in an amount to be determined by the Probation Department after its review of

the financial and other information obtained in connection with the presentence investigation in this case; and

**IT IS FURTHER ORDERED** that Mountain Valley Counseling Associates prepare a written report providing information and any recommendations for special conditions specific to the defendant's history and characteristics that will be helpful to the Court at sentencing and release all reports and information regarding this study and assessment to the parties and to the Probation Department.

Dated this 4th day of March, 2026.

Honorable Sharad H. Desai
United States District Judge